# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**  Telephone: (518) 449-2043   For payments Only:
Trustee                  Facsimile: (518) 449-2473   P.O Box 1918
**Bonnie Baker, Esq.**                              Memphis, TN  38101-1918
Assoc. Attorney

August 17, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    02-15041          Robert & Tina Yuskauskas

To Whom It May Concern:

Enclosed please find check #**809109** in the amount of **$5.51**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.        8

Account#         4388641389488094

Creditor         Capital One Financial
                 POB 71087
                 Charlotte, NC 28272

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli